

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

```
11-34707-E-13L
MASTER ADDRESS LIST
DEBTOR: RAINN GAUNA
JUDGE: HON. R. SARGIS
------------------------------
FILED 6/13/11
Rec'd Counter: 06/13/11-12:16PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    jgis
```

In re             )
                  )
GAUNA, RAINN      )
                  )     Case No.
                  )
                  )
                  )
        Debtor(s).)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ✗ ]   typed in scannable format on paper, consisting of ___1___ pages and listing a total of ___2___ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: *June 13th 2011*                    _____
                                                  Debtor's Signature

DATED: _____                       NA _____
                                           Joint Debtor's (if any) Signature

EDC 2-100   (Rev. 10/2007)

Creditor Name JPMORGAN CHASE BANK NATIONAL ASSO.
Address 7301 BAYMEADOWS WAY,
City State Zip JACKSONVILLE, FL, 32256

Creditor Name  CHASE
Address P.O.BOX 94014
City State Zip - PALATINE, IL 60094