United States Bankruptcy Court
Eastern District of California

In re:                                                                    Case No. 11-34707-E
Rainn M. Gauna                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2          User: swas              Page 1 of 1              Date Rcvd: Jul 13, 2011
                              Form ID: L146           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2011.
db           +Rainn M. Gauna,    PO Box 345,    Grass Valley, CA 95945-0345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18876212     +EDI: CHASE.COM Jul 14 2011 01:53:00      CHASE,    P O BOX 94014,    PALATINE IL 60094-4014
18876211     +EDI: CHASE.COM Jul 14 2011 01:53:00      JPMORGAN CHASE,    BANK NATIONAL ASSO,
               7301 BAYMEADOWS WAY,    JACKSONVILLE FL 32256-6826
                                                                                          TOTAL: 2


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.


Date: Jul 15, 2011                        Signature:      _Joseph Speetjens_____

FORM L146 Order Dismissing Case for Failure to Timely File Document(s)  (v.01.10)

11−34707 − E − 13L



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

# FILED

# 7/13/11

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

swas

## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:**    11−34707 − E − 13L

**Debtor Name(s), Social Security Number(s), and Address(es):**

Rainn M. Gauna
PO Box 345
Grass Valley, CA 95945

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:  7/13/11

ORDERED PURSUANT TO SPECIAL ORDER 10−02
FOR THE COURT
Wayne Blackwelder, Clerk

By:  __swas_____
                Deputy Clerk