



FILED

JUL 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

RAINN GAUNA
P.O. Box 345
Grass Valley, CA 95945
916-284-7283

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                                )    **Case No.: 11-34707-E-13L**
                                     )
RAINN GAUNA                          )
                                     )
    Debtor                         )

**MOTION FOR RELIEF FROM ORDER
PURSUANT TO FED.R.BANKR.P. 9024**

Rainn Gauna requests relief from this Courts order dated 7/13/2011, which was an ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S) and in support of this motion, states:

    This is timely Notice (within ten days) to this court of this Motion for Relief from Order or Restatement pursuant to FBRP 9024 on grounds substantiated by this Motion and the need for imperative fairness.

    Rainn Gauna (debtor) lives in Grass Valley, California but currently works in Fresno, California. Debtor had all the required documents completed and ready for timely filing. File folders were used to sort documents and when debtor left Fresno to file her documents in Sacramento, the folder that contained the Chapter 13 Plan and Chapter 13 Statement of Current Monthly Income was under a stack of papers. Debtor fully believed that when she left Fresno all the required documents for filing were in her possession. After filing, debtor returned to her home in Grass Valley for a couple of days to catch up. Debtor then returned back to work in Fresno and upon her return realized that critical documents were left behind and were not filed. Debtor erroneously thought they could be filed before the Trustee meeting. Debtor made an unfortunate "mistake".

Debtor has filed all documents as per FBRP 9024 which is required to get relief from order.

WEREFORE, Rainn Gauna asks that this Court grant this motion and for such relief as is just and proper.

DATED: 7/20/2011

Respectfully submitted,

RAINN GAUNA

**PROOF/ CERTIFICATE OF SERVICE**

I hereby certify that I am a woman/man living in the boundaries of the Republic of California and that I am over the age of 18 years.

My location is: Grass Valley, California.

On this date, I mailed

RE: Rainn Gauna 11-34707-E-13L

By placing a true copy thereof enclosed in a sealed envelope via United States Postal Service, fully prepaid, at Grass Valley, California and addressed as set forth below:

the following document/s:

**MOTION FOR RELIEF FROM ORDER
PURSUANT TO FED.R.BANKR.P. 9024**

to the following persons:

United States Trustee
August B. Landis
235 Pine Street, Suite 700
San Francisco, CA 94104


CHAPTER 13 TRUSTEE
Lawrence J Loheit
PO Box 1858
Sacramento, CA 95812

I declare that the foregoing is true and correct.

Executed on 7/21/2011

By: _____