FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)                          11-34707 - E - 13L



UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

8/1/11

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

swas

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:    11-34707 - E - 13L

Debtor Name(s), Social Security Number(s), and Address(es):

Rainn M. Gauna
xxx-xx-0925

PO Box 345
Grass Valley, CA 95945

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on August 1, 2011 . The document number and docket text for this order are set forth below.

   **[26] - Order Granting [25] Motion/Application To Vacate Dismissal of Case (swas)**

Dated:
8/1/11

For the Court,
Wayne Blackwelder , Clerk