FILED
September 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003752929

Benjamin H. Adams (CA SBN 272909)
badams@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Deutsche Bank National Trust Company, as
Trustee for Long Beach Mortgage Loan Trust
2005-1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RAINN M. GAUNA,<br><br>Debtor. | Bankruptcy Case No. 11-34707<br><br>Chapter 13<br><br>D.C. No. PD-1<br><br>PROOF OF SERVICE BY MAIL |

I, Megan Pellow, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

On September 7, 2011, a copy of the following documents:

- **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

- **EXHIBITS 1-3 IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

were served by placing copies thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, as follows:

| **U.S. MAIL (FIRST CLASS)** |
|---|
| Rainn M. Gauna<br>PO Box 345<br>Grass Valley, CA 95945 |
| Hon. Ronald H. Sargis |

501 I Street, Suite 3-200
Sacramento, California 95814

**ELECTRONIC MAIL**
David Cusick: legalmail@cusick13.com
US Trustee: ustpregion17.sc.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2011 | Megan Pellow | Megan Pellow |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-2-

CASE NO. 10-32799

**PROOF OF SERVICE**