FILED
September 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003800120

2

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 11-34707-E-13C |
| | ) | DCN: TSB-1 |
| | ) | |
| RAINN M. GAUNA, | ) | DECLARATION OF COREY CROM |
| | ) | IN SUPPORT OF TRUSTEE'S |
| | ) | MOTION TO DISMISS CASE |
| | ) | |
| | ) | DATE: OCTOBER 26, 2011 |
| | ) | TIME: 10:00 A.M. |
| | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

I, Corey Crom, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. The Debtor is $1,500.00 delinquent in plan payments to the Trustee to date and the next scheduled payment of $500.00 is due on October 25, 2011. The Debtor has paid $0.00 into the plan to date. The case was filed on June 13, 2011, and the Plan in §2.01 calls for payments to commence the 25th day of the month beginning the month after the case was filed.

4. The Debtor has failed to provide the Trustee with proof of income for the 60 days preceeding filing of their bankruptcy.

5. The Debtor has failed to provide the Trustee with a tax transcript or a copy of her Federal Income Tax Return with attachments for the most recent pre-petition tax year for which a return was required, specifically, the 2010 Tax Return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on SEPTEMBER 29, 2011, at Sacramento, California.

_____
Corey Crom, Paralegal