FILED

October 13, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003833239

1 | **1**
Casper J. Rankin (CA SBN 249196)
2 | cjrankin@piteduncan.com
**PITE DUNCAN, LLP**
3 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 | San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 | Facsimile: (619) 590-1385

6 | Deutsche Bank National Trust Company, as
Trustee for Long Beach Mortgage Loan Trust
7 | 2005-1

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| 10 **In re** | **Case No. 11-34707** |
| 11 **RAINN M. GAUNA,** | **Chapter 13** |
| 12 | **Doc Co No: PD-1** |
| 13 **Debtor.** | **AMENDED NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| 14 | |
| 15 | LBR 4001-1 and 9014-1(f)(1) |
| 16 | **Hearing:**<br>**DATE:  November 1, 2011** |
| 17 | **TIME:    2:00 PM**<br>**CTRM:  Robert T. Matsui US Courthouse** |
| 18 | **501 "I" Street, Dept E, Ctrm 33**<br>**6th Floor** |
| 19 | **Sacramento, CA**<br>**JUDGE: Honorable Ronald H. Sargis** |
| 20 | |

21 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22 |       PLEASE TAKE NOTICE that the Hearing on Objection to Confirmation of Chapter 13
23 | Plan will be held on November 1, 2011, at 2:00 p.m., before the Honorable Ronald H. Sargis in
the above-captioned court located at 501 I Street, Sacramento, CA 95814.
24 |

Dated: October 13, 2011          PITE DUNCAN, LLP
25 |

26 |          /s/ Casper J. Rankin
CASPER J. RANKIN
27 |          Attorneys   for   J.P.   MORGAN   CHASE,   N.A.,   AS
SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL
28 |          BANK

- 1 -