FORM L70 Notice of Entry of Order of Dismissal   (v.9.10)                                                11-34707 − E − 13C



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

FILED

10/27/11

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

swas

## NOTICE OF ENTRY OF ORDER OF DISMISSAL

Case Number:   11−34707 − E − 13C

Debtor Name(s), Social Security Number(s), and Address(es):

Rainn M. Gauna
xxx−xx−0925

PO Box 345
Grass Valley, CA 95945

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Rainn M. Gauna was entered on the docket in this case on October 27, 2011.  The document number and docket text for this order are set forth below.

[60] − Civil Minute Order Granting [44] Motion/Application To Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [TSB−1] (swas)

[60] − Civil Minute Order Granting [44] Motion/Application to Dismiss Case/Proceeding [TSB−1] (swas)

[60] − Civil Minute Order Granting [44] Motion/Application To Dismiss Case for Failure to Make Plan Payments [TSB−1]. (swas)

Dated:
10/27/11

For the Court,
Wayne Blackwelder , Clerk